JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WEBE CONSTRUCTION CLEANUP, INC., <br><br> Defendant. | Case No. CV 22-9193 FMO (PDx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Judgment is hereby entered in favor of plaintiffs Board of Trustees of the Construction Teamsters Security Fund for Southern California; Board of Trustees of the Construction Teamsters Apprenticeship Fund for Southern California; Board of Trustees of the Construction Teamsters Training and Upgrading Fund for Southern California; Board of Trustees of the Vacation-Holiday Trust; and Board of Trustees of the Teamsters Contract Compliance Trust Fund for Southern California ("plaintiffs") and against defendant Webe Construction Cleanup, Inc.

2. Defendant shall pay plaintiffs all unpaid contributions owed to plaintiffs for the period of July 2020 to date of entry of this Judgment, together with liquidated damages assessed in the amount of thirty-five (35) dollars or twelve (12) percent of the delinquent contributions owed per

Trust, interest accruing at the annual prime rate plus 2% on the delinquent contributions from the due dates to the date the contributions were paid. Defendant shall also pay plaintiffs $8,073.50 in attorney's fees and $530.49 in costs.

  3. Defendant shall, no later than 60 days from filing date of this Judgment, submit all delinquent reports to plaintiffs for the period of July 2020 to the date of the entry of the judgment.

  4. The court shall retain jurisdiction to amend the Judgment to reflect the amounts due for unpaid contributions, liquidated damages, and interest owed to plaintiffs for the period of July 2020 to the date of the entry of the judgment.

  5. Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make them operative in any further proceedings.

Dated this 4th day of May, 2023.

                   /s/
                Fernando M. Olguin
               United States District Judge