1  Kathryn J. Halford (CA Bar No. 068141)
   Email: khalford@wkclegal.com
2  Emily Johnson (CA Bar No. 342847)
   Email: ejohnson@wkclegal.com
3  **WOHLNER KAPLON CUTLER**
   **HALFORD ROSENFELD & LEVY**
4  16501 Ventura Boulevard, Suite 304
   Encino, CA  91436
5  Telephone:  (818) 501-8030 ext. 331
   Facsimile:  (818) 501-5306
6
7  Attorneys for Plaintiffs, Board of Trustees of the Construction Teamsters, et al.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS APPRENTICESHIP FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS TRAINING AND UPGRADING FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY TRUST; BOARD OF TRUSTEES OF THE TEAMSTERS CONTRACT COMPLIANCE TRUST FUND FOR SOUTHERN CALIFORNIA<br><br>                Plaintiffs,<br>   v.<br><br>WEBE CONSTRUCTION CLEANUP, INC., a California corporation<br><br>                Defendant. | CASE NO.:<br>2:22-cv-09193-FMO(PDx)<br><br>**APPLICATION FOR ORDER APPOINTING REGISTERED PROCESS SERVER TO SERVE WRIT OF EXECUTION** |

1  Plaintiffs/Judgment Creditors BOARD OF TRUSTEES OF THE
2  CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN
3  CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION
4  TEAMSTERS APPRENTICESHIP FUND FOR SOUTNERN CALIFORNIA;
5  BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS TRAINING
6  AND UPGRADING FUND FOR SOUTHERN CALIFORNIA; BOARD OF
7  TRUSTEES OF THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY
8  TRUST; BOARD OF TRUSTEES OF THE TEAMSTERS CONTRACT
9  COMPLIANCE TRUST FUND FOR SOUTHERN CALIFORNIA hereby applies
10 for an Order authorizing and appointing ACE Attorney Service, registered process
11 servers of at least 18 years of age, of suitable discretion and not a party to the within
12 action, to serve the Writ of Execution in this case.  The United States Marshals
13 Office will remain the Levying Officer.
14 Dated: May 18, 2023

Kathryn J. Halford
Emily Johnson
WOHLNER KAPLON CUTLER
HALFORD ROSENFELD & LEVY

By:   /s/ Emily Johnson
Emily Johnson
BOARD OF TRUSTEES OF THE
CONSTRUCTION TEAMSTERS
SECURITY FUND FOR SOUTHERN
CALIFORNIA;  et al.