| | |
|---|---|
| 1 | Kathryn J. Halford (CA Bar No. 068141) |
| | Email: khalford@wkclegal.com |
| 2 | Emily Johnson (CA Bar No. 342847) |
| | Email: ejohnson@wkclegal.com |
| 3 | **WOHLNER KAPLON CUTLER** |
| | **HALFORD ROSENFELD & LEVY** |
| 4 | 16501 Ventura Boulevard, Suite 304 |
| | Encino, CA  91436 |
| 5 | Telephone:  (818) 501-8030 ext. 331 |
| | Facsimile:  (818) 501-5306 |
| 6 | |
| 7 | Attorneys for Plaintiffs, Board of Trustees of the Construction Teamsters, et al. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS APPRENTICESHIP FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS TRAINING AND UPGRADING FUND FOR SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY TRUST; BOARD OF TRUSTEES OF THE TEAMSTERS CONTRACT COMPLIANCE TRUST FUND FOR SOUTHERN CALIFORNIA<br><br>                    Plaintiffs,<br>         v.<br><br>WEBE CONSTRUCTION CLEANUP, INC., a California corporation<br><br>                    Defendant. | CASE NO.: 2:22-cv-09193-FMO(PDx)<br><br>ORDER APPOINTING PROCESS SERVER TO SERVE WRIT OF EXECUTION |

1  Plaintiffs/Judgment Creditors BOARD OF TRUSTEES OF THE
2  CONSTRUCTION TEAMSTERS SECURITY FUND FOR SOUTHERN
3  CALIFORNIA; BOARD OF TRUSTEES OF THE CONSTRUCTION
4  TEAMSTERS APPRENTICESHIP FUND FOR SOUTNERN CALIFORNIA;
5  BOARD OF TRUSTEES OF THE CONSTRUCTION TEAMSTERS TRAINING
6  AND UPGRADING FUND FOR SOUTHERN CALIFORNIA; BOARD OF
7  TRUSTEES OF THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY
8  TRUST; BOARD OF TRUSTEES OF THE TEAMSTERS CONTRACT
9  COMPLIANCE TRUST FUND FOR SOUTHERN CALIFORNIA PLAN having
10 made an application pursuant to Fed.R.Civ.P. 4(c)(2), and good cause appearing,

11  IT IS HEREBY ORDERED that ACE Attorney Service, registered process
12 servers of at least 18 years of age, of suitable discretion and not a party to the within
13 action, is authorized and appointed to serve the Writ of Execution in this case.  The
14 United States Marshal's Office will remain the Levying Officer.

16  Dated: May 19, 2023

/s/
_____
Fernando M. Olguin
District Court Judge
Central District of California

ORDER APPOINTING REGISTERED PROCESS SERVER TO SERVE WRIT OF EXECUTION